# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Willie M. Burke**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:12-cv-00191-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy Berryhill**,** | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 19, 2018 Order.

June 19, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court